HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALCALA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant | Case No. 2:19-cv-01579-DMC <br><br> STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until March 5, 2020, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before April 6, 2020. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due [eighteen opening briefs]. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: February 4, 2020                          */s/HARVEY P. SACKETT*
                                                                 HARVEY P. SACKETT
                                                                  Attorney for Plaintiff
                                                                   JESSICA ALCALA

STIPULATION AND ORDER

Dated: February 4, 2020        /s/ BEN A. PORTER
BEN A. PORTER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 2/04/20]

IT IS ORDERED.

Dated: February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE