HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALCALA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No. 2:19-cv-01579-DMC<br><br>STIPULATION AND PROPOSED ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty-eight (28) day extension of time until April 2, 2020, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before May 2, 2020. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due [twelve opening briefs]. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:  March 5, 2020                                   */s/HARVEY P. SACKETT*
                                                                     HARVEY P. SACKETT
                                                                     Attorney for Plaintiff
                                                                      JESSICA ALCALA

1

STIPULATION AND ORDER

Dated: March 5, 2020     /s/ THEOPHOUS REAGANS
                         THEOPHOUS REAGANS
                         Special Assistant U.S. Attorney
                         Social Security Administration
                         [*As authorized by email 3/05/20]

IT IS ORDERED.


Dated: March 9, 2020
                         _____
                         DENNIS M. COTA
                         UNITED STATES MAGISTRATE JUDGE