IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALCALA, | No.  2:19-CV-1579-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A review of the docket reflects that neither party has notified the court regarding consent to proceed before a Magistrate Judge.  Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

Parties who have not submitted a consent election form shall show cause in writing, within 30 days of the date of this order, why appropriate sanctions should not be imposed, including dismissal of this action, for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as required by the court's scheduling order.  The Clerk of the Court is directed to serve on both parties a copy of the court's form entitled "Consent to Assignment or Request for Reassignment."  The parties are warned that failure to respond to this order may result in the

1  imposition of appropriate sanctions, including dismissal of this action, for the reasons outlined

2  above, as well as for failure to prosecute and/or comply with court rules and orders.  <u>See</u> Local

3  Rule 110.

IT IS SO ORDERED.

Dated:  June 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE