IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALCALA,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:19-CV-1579-KJM-DMC<br><br><br>ORDER |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On June 26, 2020, the Court directed parties who had not submitted an election form regarding consent to proceed before a Magistrate Judge to show cause.  <u>See</u> ECF No. 20.  A review of the docket reflects that all parties have now informed the Court regarding consent.  Good cause appearing therefor, the order to show cause is hereby discharged.

    IT IS SO ORDERED.

Dated: July 17, 2020

                     _____
                     DENNIS M. COTA
                     UNITED STATES MAGISTRATE JUDGE