UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Alcala, | No. 2:19-cv-01579-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

The motion at ECF No. 33 is referred to the assigned magistrate judge for the issuance of proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1)(B); *Est. of Conners by Meredith v. O'Connor*, 6 F.3d 656, 659 & n.2 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE