UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Alcala, | No. 2:19-cv-01579-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

The court previously referred the motion at ECF No. 33 to the magistrate judge for the issuance of findings and recommendations. ECF No. 37. The Magistrate Judge has filed findings and recommendations. ECF No. 38. No party objected within the relevant period.

Having reviewed the file, the court **adopts the findings and recommendations in full** and orders as follows: Plaintiff's motion (ECF No. 33) is **granted**. Counsel is awarded $26,500.00, and counsel is directed to reimburse $5,634.24 to Plaintiff.

IT IS SO ORDERED.

DATED: September 14, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1